194 So. 890

**Ex parte Z. B. CHAMBLEE et al.**

6 Div. 617.

Supreme Court of Alabama.

March 14, 1940.

M. B. Grace, of Birmingham, for petitioner.

Harsh, Harsh & Hare, of Birmingham, for respondent.

PER CURIAM.

Rule nisi discharged; mandamus denied. Falley v. Falley, 163 Ala. 626, 50 So. 894; Barrow v. Lindsey, 230 Ala. 45, 159 So

695

232; Phillips, Goldsby & Blevins v. Beene's Adm'r, 38 Ala. 248.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.